**FILED**
August 20, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:20-mj-00126-EFB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| JOSE RUBEN CASTRO MARTINEZ, ) | PERSON IN CUSTODY |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, JOSE RUBEN CASTRO MARTINEZ, Case No. 2:20-mj-00126-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $10,000.00.

   _X_   Unsecured Appearance Bond

   ___   Secured Appearance Bond

   _X_   (Other) Conditions as stated on the record.

   _X_   (Other) The defendant was ordered to appear in the Western District of Texas on 8/27/2020 at 11:00 a.m. before Judge Leon Schydlower.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  8/20/2020  at  2:25 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge